### KERN v. ZUPPA.

(Supreme Court, Appellate Term, First Department. May 16, 1916.)

EXECUTION ⬤⟶418—SUPPLEMENTARY PROCEEDINGS—ORDER ADJUDGING CONTEMPT—PROPRIETY.

An order adjudging the judgment debtor, in supplementary proceedings, guilty of contempt for having disposed of property in violation of an injunction order previously made, made immediately upon conclusion of the judgment debtor's examination, without notice by order to show cause or otherwise, though the alleged contempt was not committed in the presence of the court, was improper.

[Ed. Note.—For other cases, see Execution, Cent. Dig. § 1201; Dec. Dig. ⬤⟶418.]

Appeal from City Court of New York, Trial Term.

In the matter of supplementary proceedings by Fred Kern, judgment creditor, against Pasquale Zuppa, judgment debtor. From an order pretending to adjudge him guilty of contempt for having disposed of property in violation of the injunction order previously made in the proceedings, the judgment debtor appeals. Order reversed.

Argued May term, 1916, before GUY, BIJUR, and COHALAN, JJ.

Elias Isaacs, of New York City, for appellant.
Wessels Ryerson, of New York City, for respondent.

PER CURIAM. The order appealed from was made immediately upon conclusion of the judgment debtor's examination, without notice

by way of order to show cause or otherwise, although it is not even pretended that the alleged contempt was committed in the presence of the court. Indeed, it appears from the judgment debtor's examination that it was not. We know of. no authority for the order, and respondent makes no attempt to justify it.

Order reversed, with $10 costs and disbursements to appellant against the judgment.